UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY MAYES, | No. 09-4267 MHP |
| Petitioner, | **JUDGMENT** |
| v. | |
| RANDY TEWS, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 11, 2011

Marilyn Hall Patel
United States District Judge